IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH RUSH,

    Petitioner,

v().                                                         CASE NO. 1:09-cv-00053-MP-AK

MARK HENRY, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, which recommends that this case be transferred to the United States District Court for the Southern District of Florida for all further proceedings. The Magistrate issued the Report on February 25, 2009. Petitioner has not filed an objection to the Report, and the time to do so has passed. Upon consideration, the Court agrees with the Magistrate that the Southern District, as the district of conviction, is the most appropriate venue for this action. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge (Doc. 5) is ADOPTED and incorporated herein.

    2.    The Clerk is directed to TRANSFER this case to the United States District Court for the Southern District of Florida for all further proceedings

    **DONE AND ORDERED** this   *27th* day of March, 2009

                          *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge